NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELOY J. HERNANDEZ,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3060

---

Appeal from the Merit Systems Protection Board in No. DA3443060531-X-1.

---

**JUDGMENT**

---

ARTHUR G. VEGA, Law Office of Arthur G. Vega, of San Antonio, Texas, argued for petitioner.

GREGG M. SCHWIND, Senior Trial Counsel, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 13, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |